Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00461-CV

Alan **FARRIS** and Paula Larson, M.D.,
Appellants

v.

Jean **MAUZE** II,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-07088
Honorable John D. Gabriel, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: August 31, 2009

MOTION TO DISMISS GRANTED AND APPEAL DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P.

42.1(a)(1). We order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d)(absent

agreement of the parties, costs are taxed against appellant).


PER CURIAM